| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Bensamochan, SBN 255482<br>THE BENSAMOCHAN LAW FIRM, INC.<br>2566 Overland Ave., Suite 650<br>Los Angeles, Ca 90064<br>Telephone (818) 574-5740<br>Email: eric@eblawfirm.us<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>SENIOR CLASSIC LEASING, LLC<br><br><br><br>Debtor(s). | CASE NO.:  8:26-bk-11058-SC<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>**(with supporting declaration)**<br>**[FRBP 1007(c), LBR 1007-1(b)]** |
|---|---|

1.  The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

☒ One or more schedules (A/B – J)      ☐ Chapter 13 Plan      ☒ Statement of Financial Affairs
☐ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
☐ Debtor's Certification of Employment Income
☐ Other (*specify*):

***Note***: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1).  If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2.  Date bankruptcy case filed:  04/02/26

3.  Date of § 341(a) meeting of creditors:  N/A

4.  Debtor requests extension to and including (extension deadline) (*date*):  04/30/26

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  Declaration regarding the reason(s) for extension (*explain*):

The Debtor filed these Chapter 11 cases on an emergency basis to preserve operations and protect the estate. The Debtor operates a multi-location fast food business with dozens of stores and over a thousand employees.

Due to the size, complexity, and volume of the Debtor's financial information, including numerous locations, employees, and creditor relationships, the Debtor will not be able to complete and verify all schedules and statements required under FRBP 1007(c) within the time prescribed by the Rule.

The petitions were filed to address immediate financial and operational concerns and to avoid irreparable harm to the business. The Debtor and its professionals are working diligently to gather, review, and finalize the required information and will file complete and accurate schedules and statements as soon as practicable.

Accordingly, cause exists to extend the deadline pursuant to FRBP 1007(c), and the Debtor respectfully requests additional time, through and including April 30, 2026, to file the required schedules and statements.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/3/26 | _____ | | _____ |
|--------|-------------------------|---|-------------------------|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                          F 1007-1.MOTION.DEC.EXTEND

| In re:<br><br>    Senior Classic Leasing, LLC<br><br><br><br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:26-bk-11058 |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (*specify*) DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS (with supporting declaration) [FRBP 1007(c), LBR 1007-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  April 3, 2026    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Eric Bensamochan Eric@eblawfirm.us
   United States Trustee ustpregion16.sa.ecf@usdoj.gov
   Kenneth Misken DOJ-UST Kenneth.M.Misken@usdoj.gov

☐ Service information continued on attached page

2.   **SERVED BY UNITED STATES MAIL**:
On  April 3, 2026    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3.   **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express:
 The Honorable Scott C. Clarkson
 U.S. Bankruptcy Court, Ronald Reagan Federal Building
 411 West Fourth St., Ste. 5130
 Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 3, 2026 | Jennifer Svonkin | /s/ Jennifer Svonkin |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                 **9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11058-SC
Central District of California
Santa Ana
Fri Apr  3 12:56:42 PDT 2026

Senior Classic Leasing  LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

Carl's Jr. Restaurants LLC
c/o Richard G. Greenstein
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Hewlett-Packard Financial Services Co
200 Connell Dr.
Berkeley Heights, NJ 07922-2816

(p)MCLANE COMPANY  INC
ATTN NEAL MAYES
P O BOX 6115
4747 MCLANE PARKWAY
TEMPLE TX 76504-4854

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

McLane Foodservice, Inc
2085 Midway Rd.
Carrollton, TX 75006

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11