Eric Bensamochan, SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
2566 Overland Ave., Suite 650
Los Angeles, CA.  90064
Telephone (818) 574-5740
Facsimile: (818) 961-0138
Email: Eric@eblawfirm.us

Proposed Counsel for Debtor
and Debtor-in-Possession,

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br><br>Senior Classic Leasing, LLC,<br><br><br><br>Debtor-in-Possession. | Case No. 8:26-bk-11058-SC<br><br>Chapter 11<br><br>**NOTICE OF ERRATA** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, IF KNOWN, AND ALL PARTIES IN INTEREST,**

Senior Classic Leasing, Debtor-in-Possession, files this Notice of Errata to correct a clerical error in the Notice of Debtor and Debtor-In-Possession's Ex Parte Motion For Joint Administration of Chapter 11 Cases Pursuant To 11 U.S.C. § 105(A), Federal Rule of Bankruptcy Procedure 1015, and Local Bankruptcy Rule 1015-1 filed on March 6, 2026, as docket number 11.

1

The Notice and the Declaration of Harshad Dharod incorrectly refer to *Harshad & Nasir, Incorporated ("HAS")*. The correct entity name is *Senior Classic Leasing ("SCL")*. This Notice of Errata is submitted to clarify and correct the record.

DATED: March 6, 2026          THE BENSAMOCHAN LAW FIRM, INC.

By:    /s/Eric Bensamochan_____
ERIC BENSAMOCHAN
Proposed Attorney for the Debtor
and Debtor-In-Possession.

2

| In re:<br>Senior Classic Leasing, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:26-bk-11058 |
| --- | --- |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:
2566 Overland Ave., Suite 650
Los Angeles, CA 90064

**A true and correct copy of the foregoing document entitled (***specify***): NOTICE OF ERRATA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  April 6, 2026     , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Eric Bensamochan Eric@eblawfirm.us
United States Trustee ustpregion16.sa.ecf@usdoj.gov
Kenneth Misken DOJ-UST Kenneth.M.Misken@usdoj.gov

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On  April 6, 2026     , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth St., Ste. 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2026 | Jennifer Svonkin | /s/ Jennifer Svonkin |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012* **9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11058-SC
Central District of California
Santa Ana
Mon Apr  6 19:03:06 PDT 2026

Senior Classic Leasing, LLC
1 Centerpointe Dr., Ste 400
La Palma, CA 90623-2530

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Carl's Jr. Restaurants LLC
c/o Eric Goldberg, Esq.
2000 Avenue of the Stars, Ste 400 N Towe
Los Angeles, CA 90067-4735

Carl's Jr. Restaurants LLC
c/o Richard G. Greenstein
1201 W Peachtree St., Ste 2800
Atlanta, GA 30309-3450

Hewlett-Packard Financial Services Co
200 Connell Dr.
Berkeley Heights, NJ 07922-2816

(p)MCLANE COMPANY  INC
ATTN NEAL MAYES
P O BOX 6115
4747 MCLANE PARKWAY
TEMPLE TX 76504-4854

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60603-1003

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071-2934

United States Trustee
411 W Fourth Street
Santa Ana, CA 92701-4504

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

McLane Foodservice, Inc
2085 Midway Rd.
Carrollton, TX 75006

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11